AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

19 AUG 23 AM 9:50

CLERK-ALBUQUERQUE

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 19 MR 1009
)
Elijah ORTIZ )
Date of Birth: XX/XX/1970 )
SSN: XXX-XX-3401 )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____New Mexico____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    09-05-2019
                                                                         *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                        ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  08-22-2019 @ 2:40 p.m.    *B. Paul Briones*
                                                                              Judge's signature

City and state:    Albuquerque, New Mexico          B. Paul Briones, US Magistrate Judge
                                                                             Printed name and title

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 8/23/19 0900 | Copy of warrant and inventory left with: Elijah Ortiz |
| Inventory made in the presence of: S. Symnick | | |
| Inventory of the property taken and name of any person(s) seized: buccal cell swabs x2 | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/23/19

_____
Executing officer's signature

Kacy Ramos, ATF TFO
Printed name and title

## Attachment A

## DESCRIPTION OF PERSON TO BE SEARCHED

The person known as Elijah ORTIZ, Date of Birth: XX/XX/1970, SSN: XXX-XX-3401

See below picture



## Attachment B

## DESCRIPTION OF EVIDENCE TO BE SEARCHED FOR AND SEIZED

DNA evidence from Elijah ORTIZ to wit; Buccal cell swabs, sufficient for DNA analysis, which would be material evidence in a criminal prosecution.